UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERRI MCCONNON,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION; GEMMA FERGUSON, PRINCIPAL OF WAVE PREPARATORY ELEMENTARY SCHOOL; EMILIA EL AMMARI, ASSISTANT PRINCIPAL OF WAVE PREPARATORY ELEMENTARY SCHOOL; MARIA VASQUEZ, ASSISTANT PRINCIPAL OF WAVE PREPARATORY ELEMENTARY SCHOOL,

                Defendants.

**ORDER**

19 Civ. 10679 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for May 7, 2020 is adjourned to **June 4, 2020 at 11:00 a.m.**

Dated: New York, New York
       April 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge